RECEIVED
BY MAIL
MAY 20 2005
CLERK US DIST COURT
MINNEAPOLIS MN

Page #1

CV 05-969 DSD

United States District Court
District of Minnesota

United States of America,
Movant,

v.

Alfredo Elias Uribe

CR. No. 02-401 DSD/SRN

28 U.S.C. § 2255 motion
(proceeding to be filed on or before May 17, 2005)

Movant Uribe has been placed in segregation without access to legal material, law library, transcripts, court's forms, etc. etc. It appears that the circumstances in which Movant is placed, is the consequence of an unjust retaliation from the institution. It is impossible to file, under this circumstances, a proper form, and memorandum. However, Movant does not want to miss the due date for filing his § 2255. Today is May 17, 2005, and this document has been handed to an officer the very day for its filing.

My claims will be related to ineffective assistance of counsel, Fifth and Sixth amendment violations, and jurisdiction. However, without the proper access

SCANNED
MAY 23 2005
U.S. DISTRICT COURT ST. PAUL

to Movant's legal materials, law library, forms, Trial transcripts etc. etc., it is impossible to accomplish this task.

Because the circumstances make impossible to obtain a copy of the §2255 motion, the government has not been served. Movant believes that under the circumstances, this Honorable Court might do that for the government's benefit.

It is obvious that the institution seems to obstruct the access to the material in question (and the Court) was recommended by an officer employed with any constant request of those materials to file a proper §2255 motion on time.

Respectfully submitted

May 17, 2005

Alfredo Elvin Uribe
# 10746-041
P.O. Box 1000
Leavenworth, KS 66048-1000