UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-401(DSD/SRN)

United States of America,

Plaintiff,

v. **ORDER**

Alfredo Elias Uribe,

Defendant.

This matter is before the court upon defendant's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

In the motion, defendant asserts that he is presently unable to set forth properly his claims for relief. For that reason, defendant will be granted 120 days in which to file an amended section 2255 motion.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant shall have 120 days from the date of this order in which to file an amended section 2255 motion.

2. The United States may file a response no later than 60 days after defendant files his amended motion.

Dated: May 25, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court