# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk
Wendy S. Osterberg, Chief Deputy Clerk

| 700 Federal Building | 202 U.S. Courthouse | 417 Federal Building | 212 U.S. Courthouse |
|---|---|---|---|
| 316 North Robert Street | 300 South Fourth Street | 515 West. First Street | 118 South Mill Street |
| St. Paul, MN 55101 | Minneapolis, MN 55415 | Duluth, MN 55802 | Fergus Falls, MN 56537 |
| (651) 848-1100 | (612) 664-5000 | (218) 529-3500 | (218) 739-5758 |


September 15, 2005

**RE: Case Name:** USA vs Alfredo Elias Uribe
**Case Number:** 0:02-CR-00401(1) DSD/SRN

**NOTICE OF MONETARY IMPOSITION PAID IN FULL**

| DEBT | AMOUNT PAID | DATE |
|---|---|---|
| Special Assessment | $ 100.00 | 9/14/05 |

Sincerely,

s/Sheri Carlson
Financial Technician

FILED 9/15/05
RICHARD D. SLETTEN, CLERK
Judgment Ent'd. 6-17-03
Deputy Clerk's Initials SC