UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 05-969(DSD)
Criminal No. 02-401(DSD/SRN)

United States of America,

Plaintiff,

v. **ORDER**

Alfredo Uribe,

Defendant.

Defendant has filed a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. **IT IS HEREBY ORDERED** that plaintiff shall respond to said motion by November 14.

Dated: September 26, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court