# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 02-401(DSD/SRN)

ALFREDO ELIAS URIBE,

Defendant(s).

I hereby certify that on November 3, 2005, I served, or caused to be served, the following documents:

Government's Response To Defendant's Motion To Vacate, Set Aside, Or Correct His Sentence Pursuant to 28 U.S.C. Section 2255

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

Alfredo Elias Uribe
Reg. No. 10746-041
United States Penitentiary Leavenworth
PO Box 1000
Leavenworth, KS 66048

THOMAS B. HEFFELFINGER
United States Attorney
s/Erica H. MacDonald
BY: ERICA H. MACDONALD
Assistant U.S. Attorney