UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-401(DSD/SRN)

Alfredo Elias Uribe,

Petitioner,

v. **ORDER**

United States of America,

Respondent.

This matter is before the court upon petitioner's application for a certificate of appealability.

The court finds that petitioner has not made a "substantial showing of the denial of a constitutional right" as required by 28 U.S.C. § 2253(c)(2).

Accordingly, **IT IS HEREBY ORDERED** that petitioner's application for a certificate of appealability [Doc. No. 72] is denied.

Dated: January 24, 2006

s/David S. Doty
David S. Doty, Judge
United States District Court